NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| MARY E. BOLLERO, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D17-3075 |
| | ) |
| THE ESTATE OF ELLEN A. BOLLERO; | ) |
| and CATHERINE M. CHRYSLER, | ) |
| individually, and as the Personal | ) |
| Representative of the Estate of Ellen A. | ) |
| Bollero, | ) |
| | ) |
| Appellees. | ) |
| | ) |

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Lee
County; James R. Thompson, Senior
Judge.

Maria E. Bryant, The Haba Law Firm, Fort
Myers, for Appellant.

Dennis L. Avery of Avery, Whigham &
Winesett, P.A., Fort Myers, for Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.